```
1  STEVEN G. KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  55 South Market Street
   Suite 820
4  San Jose, CA 95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant ANTHONY
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-16-150 BLF (NC) |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY CONDITIONS |
| vs. | ) OF BOND AND [PROPOSED] ORDER |
| ALYSSA ANTHONY, | ) |
| Defendant. | ) |

On April 7, 2016, Ms. Anthony was indicted on charges of 18 U.S.C. § 371, conspiracy to commit sex trafficking of children, and 18 U.S.C. § 1591(a)(1) and (b), sex trafficking of children. Both of these offenses are covered by the Adam Walsh Act. On May 17, 2016, this Court released Ms. Anthony on a $25,000 unsecured bond with an order to abide by certain conditions of release. Pursuant to 18 U.S.C. § 3142(c)(1), in cases where the defendant is charged with an offense covered by the Adam Walsh Act, "the release order shall contain, at a minimum, a condition of electronic monitoring and each of the conditions specified at subparagraphs (iv), (v),(vi), (vii), and (viii)." Here, the parties inadvertently failed to inform the court of the mandatory condition under 3142(c)(1)(B)(v), that the defendant "avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense." As such, the

Stipulation to Modify Bond Conditions and
~~Proposed~~ Order
CR-16-150  BLF (NC)                                        1

1  parties hereby stipulate and agree that this condition shall be added to Ms. Anthony's bond. On
2  May 18, 2016, Ms. Anthony met with Pretrial Services officer Allen Lew, who advised her of the
3  above condition, added it to the bond, and had her initial the amendment in writing. The
4  amended bond is attached to this stipulation. Because Ms. Anthony has been advised in person
5  of the additional condition and acknowledged her understanding of the condition in person, the
6  parties do not believe a hearing is necessary.

7  Dated: May 18, 2016

8                                         s/_____
                                            MARISSA HARRIS
9                                           Assistant United States Attorney

10 Dated: May 18, 2016

11                                        s/_____
                                            RITA BOSWORTH
12                                          Assistant Federal Public Defender

13

14                                    [PROPOSED] ORDER

15     Good cause appearing and by stipulation of the parties, it is hereby ordered that the
16 defendant's bond shall be modified such that the following condition is added: "The defendant
17 shall avoid all contact with an alleged victim of the crime and with a potential witness who may
18 testify concerning the offense."

19     It is so Ordered.

20

21 Dated: May  19 , 2016

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA