1 JACK GORDON, ESQ. (SBN 169380)
THE GORDON LAW GROUP
2 1885 THE ALAMEDA, SUITE # 210
SAN JOSE, CA 95126-1747
3 (408) 286-1351
(408) 503-0954 fax
4 thegordonlawgroup@gmail.com

5 Attorney for Defendant JOCELYN CONTRERAS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO: 16-CR-150 BLF-2 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | EMERGENCY *EX PARTE* APPLICATION BY ATTNY JACK GORDON TO REQUEST A CONTINUANCE OF THE SENTENCING HEARING, DUE TO COUNSEL'S COVID STATUS & [PROPOSED] ORDER RE SAME |
| vs. | ) | |
| | ) | |
| JOCELYN CONTRERAS, | ) | |
| Defendant. | ) | |

I, Jack Gordon, declare:

1. I am the attorney of record for Defendant Jocelyn Contreras in this case.

2. I make this declaration as the ***emergency ex parte*** application for an order continuing the sentencing hearing on this case, scheduled to commence on Tuesday (tomorrow), September 27, 2022, at 9:00 a.m., before the Honorable Beth L. Freeman, Judge of the United States District Court, for the Northern District of California. I am requesting that the matter be continued for a period of 3 to 4 weeks, to a date convenient for all parties and the Court, as well as witnesses.

3. I am making this request because I tested positive for the COVID virus on Saturday, September 24, 2022. Since then, I have become increasingly more symptomatic. Currently, I am experiencing alternating bouts of chills and fever. I cannot concentrate or do much of anything.

4. I have been confined to my bed for the past few days, and, as of this morning, on Monday, September 26, 2022, I am feeling just as ill (if not more so) than I experienced this past weekend.

5. Accordingly, I simply cannot appear in court tomorrow for the sentencing hearing. I apologize for the inconvenience this will cause for all parties, their counsel, the witnesses, and the Court.

6. I respectfully request that the Court continue the sentencing hearing to a date convenient for all parties, counsel, witnesses, and the Court, perhaps about 3 to 4 weeks from tomorrow, so that I can be confident that I will be over the COVID incident by then and all parties will have had an opportunity to readjust scheduling.

7. On Sunday, I e-mailed all parties of my condition. I am making this emergency ex parte application because I do not have time to notice a formal motion, due to the unforseen circumstances of the COVID infection.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in Scotts Valley, CA, on September 26, 2022.

/S/
JACK D. GORDON

[PROPOSED] ORDER

Pursuant to the emergency ex parte application of Attorney Jack Gordon, counsel for Defendant Jocelyn Contreras, and good cause appearing herein, it is hereby ordered that the sentencing hearing in this case, for all parties, shall be continued from September 27, 2022, to October/November           , 2022.   It is so ordered.

DATED:

JUDGE OF THE UNITED STATES
DISTRICT COURT