UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** September 27, 2022   **Time:** 9:47 – 11:02   **Judge:** BETH LABSON FREEMAN

Total Time: 1 Hr 15 Mins

**Case No.:** 5:16-cr-00150-BLF   **Case Name:** UNITED STATES v. Guizar-Cuellar, et al.

**Attorney for Plaintiff:** Marissa Harris, Annie Hsieh
**Attorney for Defendant:** Carleen Arlidge for Ariel Guizar-Cuellar - P/C
**Attorney for Defendant:** Jerry Fong Appear for Jack Gordon for Jocelyn Contreras (2) – P/NC
**Attorney for Defendant:** Michael Whelan for Araceli Mendoza (3) – P/NC
**Attorney for Defendant:** Brendan Hickey for Alyssa Anthony (4) – P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell
**Interpreter:** N/A

**Reported by:** Summer Fisher
**Probation Officer:**
Katrina Chu for Ariel Guizar-Cuellar (1)
Monica Romero for Jocelyn Contreras (2)
Monica Romero for Araceli Mendoza (3)
Katrina Chu for Alyssa Anthony (4)

### PROCEEDINGS

**SENTENCING HEARING**

Victim Impact Statements heard.

Sentencing as to Jocelyn Contreras (2) continued to November 8, 2022, at 9:00 a.m.

Sentencing as to Alyssa Anthony (4) continued to November 8, 2022, at 9:00 a.m.

The Court Orders Exhibit A of Docket #632 SEALED.

CASE CONTINUED TO: September 28, 2022, at 9:00 a.m. for Further Sentencing hearing as to Ariel Guizar-Cuellar (1) and Araceli Mendoza (3).

///

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Courtroom Deputy*
Original E-Filed